IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERIC M. NEGRIN,<br><br>    *Plaintiff,*<br><br>v.<br><br>Nurse BETTY EVANS, *et al.,*<br><br>    *Defendants.* | CIVIL ACTION NO.<br>5:22-cv-00300-TES-CHW |

ORDER ADOPTING THE UNITED STATES
MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 33] to grant Defendants' summary-judgment motions. [Doc. 25]; [Doc. 30]. Plaintiff Eric Negrin did not file objections—or request an extension to file objections—within the time outlined by the magistrate judge's Recommendation; thus, the Court reviews the Recommendation for clear error. 28 U.S.C. § 636(b)(1); [Doc. 32, pp. 20–21].

Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's Recommendation [Doc. 33] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Defendants' Motions for Summary Judgment [Doc. 25], [Doc. 30]. Additionally, the Court **DENIES** Defendants' Motion to Dismiss [Doc. 24]

**as moot**. The Clerk is **DIRECTED** to enter Judgment in favor of Defendants and **CLOSE**

this case.

     **SO ORDERED**, this 26th day of July, 2023.

                         S/ Tilman E. Self, III

                         **TILMAN E. SELF, III, JUDGE**

                         **UNITED STATES DISTRICT COURT**