IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERIC M. NEGRIN, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00300-TES-CHW |
| | * |
| Nurse BETTY EVANS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 26, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 26th day of July, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk